IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-154-FL-1

UNITED STATES OF AMERICA,

v.

MARCUS ABDUL SPANN

**ORDER**

Before the Court for consideration is Defendant Spann's Motion to Seal Proposed Sealed Document, provisionally filed as Docket Number 66. For good cause shown, the Defendant's Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 66 shall be and is hereby sealed.

SO ORDERED, this the 24th day of June 2019.

Hon. Louise W. Flanagan
U.S. District Judge